# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

David R. Myrland,                                       Civil No. 13-1232 (PJS/TNL)

        Plaintiff,

v.                                                                    **ORDER**

United States, and Eric Holder,

        Defendants.

---

David R. Myrland, 40941-086, Unit 1, FCI – Sandstone, PO Box 1000, Sandstone, MN 55072

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated July 12, 2013 (Docket No.4), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1.  Plaintiff's application to proceed in forma pauperis (Docket No. 2) is **DENIED AS MOOT**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.


Date: 08/20/13                               s/Patrick J. Schiltz
                                                    The Honorable Patrick J. Schiltz
                                                    United States District Court Judge
                                                    for the District of Minnesota